**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 9, 2007

Magistrate Judge George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States</u> v. <u>Kerik</u>, 07 Cr. 1027 (   )

Dear Judge Yanthis:

On November 8, 2007, a Grand Jury returned an Indictment in the above-referenced case.  At the Government's request, the Indictment was filed under seal.  The defendant has surrendered and will be presented today before Your Honor at 12:00 p.m. The Government requests that the Indictment be unsealed.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Perry A. Carbone
Assistant United States Attorney
(914) 993-1941

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS USMJ     11/9/07