UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V

*Bernard B. Kerik*

07 Cr 1027

Docket Number & Judge

NOTICE OF APPEARANCE

TO: J. MICHAEL MCMAHON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA        2. (✓) RETAINED        3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT    ( ) NO    (✓) YES,

ADMISSION MO. _3_ YR _93_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

11-9-07

SIGNATURE _/s/_

Kenneth M. Breen
Attorney for Defendant

Paul Hastings Janofsky & Walker LLC
Firm name, if any

75 E 55th Street
Street address

New York          NY          10022
City              State       Zip code

212-318-6344
Telephone Number