AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

_____SD_____ DISTRICT OF _____NY_____

UNITED STATES OF AMERICA

V.

___Bernard Kerik___
Defendant

_See rider_

**APPEARANCE BOND**

CASE NUMBER: 7CR 1027

Non-surety:   I, the undersigned defendant acknowledge that I and my . . .
Surety:        We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$_____500,000_____, and there has been deposited in the Registry of the Court the sum of
$_____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant ___Bernard Kerik___.
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.
_Travel Restricted to SDNY/EDNY, NJ_
If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on ___11-9/07___ at ___USD White Plains NY___
                              Date                              Place

Defendant. _[signature]_                Address. _90 Vid min Rd Franklin NJ 07417_

Surety. _____         Address. _____

Surety. _____         Address. _____

Signed and acknowledged before me on _____
                                          Date

_____
Judicial Officer/Clerk

Approved: _____
              Judicial Officer

7 cr 1027

$500,000 PRB Secured by primary residence. Dft to file all necessary paperwork by 11/14/07. Dft shall surrender all firearms in his possession or constructive possession., including handguns, rifles, shotguns ammunition. permits and licenses to the FBI within 24 hours, The defendant shall have no direct or indirect contact with any gov't witnesses, Gov't shall provide a list., exception: Business related contact with current employees, Dft shall surrender all travel documents and passports, Travel is restricted to SDNY, EDNY & NJ. Dft reserves his right to seek modification of this condition at a later date. Routine pretrial supervision.