# Paul Hastings
ATTORNEYS



Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street • New York, NY 10022
telephone 212 318 6000 • facsimile 212-319-4090 • www.paulhastings.com

**NOV 21 2007**
S.D. OF N.Y. W.P.

**MEMO ENDORSED**

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6344
kennethbreen@paulhastings.com

November 20, 2007

**VIA FACSIMILE**

Hon. George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601

Re:   United States v. Bernard B. Kerik, 07-CR-1027 (SCR)

Dear Judge Yanthis:

As you know, we are counsel to Bernard B. Kerik, who appeared before Your Honor on Friday, November 9, 2007.

We previously obtained an extension of the time for the filing of the confession of judgment until November 20 in order for us and the government to determine the proper mechanism for doing so in New Jersey, where Mr. Kerik's home is located. Assistant United States Attorney Perry Carbone informed me today that the filing of a mortgage in favor of the government would be a satisfactory mechanism. Mr. Carbone also consented to an extension of the deadline to file such a mortgage to next Tuesday, November 27.

We therefore request that the bond be modified to permit the filing of a mortgage in favor of the government in lieu of a confession of judgment, and that the deadline for the filing of such mortgage be extended to November 27.

Respectfully Submitted,

Kenneth Breen, /rkf

Kenneth M. Breen
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc: Perry A. Carbone, Assistant United States Attorney

*Application Granted*
*So Ordered*

/s/ Geo. A. Yanthis
USMJ 11/21/07

Faxed 11/21/07