# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6344
kennethbreen@paulhastings.com

December 10, 2007

**BY FACSIMILE**

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601

**MEMO ENDORSED**

Re:    United States v. Bernard B. Kerik, 07-CR-1027 (SCR)

Dear Judge Robinson:

We are counsel to Bernard B. Kerik, the defendant in the above-captioned matter. We respectfully request the Court's permission to file an oversize memorandum of law in opposition to the government's motion for disqualification of counsel. The memorandum is 34 pages in length. The length of the memorandum was necessitated by the number of issues raised in connection with the government's disqualification motion, including the issues that were discussed in Court on Thursday, December 6.

We have conferred with Assistant United States Attorneys Perry Carbone and Elliott Jacobson. They consent to this application, conditioned on the government's receipt of an extension of time in which it file its reply memorandum, as well as permission to file an oversize reply brief. Of course, we consent to such extensions.

Respectfully Submitted,

/s/
Kenneth M. Breen
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

*[Handwritten endorsement:]* Plaintiff may file its 34 page brief. The Government may file an oversized reply brief. The Government may exceed the size limits by 15 pages. SO ORDERED

Stephen C. Robinson
USDJ  12/10/07

cc:    AUSA Elliott Jacobson
       AUSA Perry Carbone

LEGAL_US_E # 77497450.2

