# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America

                - against -

Bernard B. Kerik

                Defendant.

07 Cr 1027 (SCR)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas R. Fallati a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    James D. Wareham
    Paul, Hastings, Janofsky & Walker LLP
    875 15th Street, N.W.
    Washington, DC 20005
    Phone: (202) 551-1728
    Fax: (202) 551-0128

James D. Wareham is a member in good standing of the Bar of the States of District of Columbia

There are no pending disciplinary proceeding against James D. Wareham in any State or Federal court.

Dated: December 17, 2007
City, State: New York, New York

                Respectfully submitted,

                */s/ Thomas R. Fallati*
                Thomas R. Fallati

                SDNY Bar Code: TF8793
                Paul, Hastings, Janofsky & Walker LLP
                75 East 55th Street
                New York, NY 10022
                Phone: (212) 318-6094
                Fax: (212) 319-4090

American LegalNet, Inc
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

        - against -

Bernard B. Kerik

                        Defendant.

07 Cr 1027 (SCR)

AFFIDAVIT OF
THOMAS R. FALLATI
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York   )
                        ) ss:
County of New York )

Thomas R. Fallati, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at Paul, Hastings, Janofsky & Walker LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit James D. Wareham as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James D. Wareham since April 2007.

4. Mr. Wareham is a Partner at Paul, Hastings, Janofsky & Walker LLP, in Washington, D.C.

5. I have found Mr. Wareham to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James D. Wareham pro hac vice.

7. I respectfully submit a proposed order granting the admission of James D. Wareham, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James D. Wareham, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: December 17, 2007

City, State: New York, New York

Notarized:

*[signature]*

DEBORAH GOLDMAN
Notary Public, State of New York
No 01GO5026546
Qualified in Queens County
Commission Expires April 18, 2010

Respectfully submitted,

*[signature]*

Thomas R. Fallati

SDNY Bar Code: TF8793

American LegalNet, Inc.
www.FormsWorkflow.com



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

 

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JAMES DAVID WAREHAM

was on the  25th  day of  SEPTEMBER, 1987  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

        In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 13, 2007.

        GARLAND PINKSTON, JR., CLERK

        By: _____
                Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

United States of America

- against -

Bernard B. Kerik

Defendant

07 Cr 1027 (SCR)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Thomas R. Fallati attorney for Bernard B. Kerik

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

James D. Wareham

Paul, Hastings, Janofsky & Walker LLP

875 15th Street, N.W.

Washington, DC 20005

Phone: (202) 551-1728
Fax: (202) 551-0128
Email: jameswareham@paulhastings.com

is admitted to practice pro hac vice as counsel for Bernard B. Kerik in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December 17, 2007
City, State: New York, New York

_____
United States District/Magistrate Judge