# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6344
kennethbreen@paulhastings.com

**MEMO ENDORSED**

January 15, 2008

**BY FACSIMILE**

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601

Re: United States v. Bernard B. Kerik, 07-CR-1027 (SCR)

Dear Judge Robinson:

We are counsel to Bernard B. Kerik, the defendant in the above-captioned matter. We respectfully request an adjournment of the status conference currently scheduled for tomorrow to February 6 at 10:00 a.m. We have reviewed documents produced to the government and visited the government's offices to begin to review the voluminous materials there. In light of the need to engage an imaging vendor so that the materials can be reviewed more efficiently, as well as the pendency of the government's disqualification motion, we have not completed that process. We make this application on consent of the government. In addition, Mr. Kerik consents to the exclusion of time through February 6 under the Speedy Trial Act.

Respectfully Submitted,

*Kenneth Breen* /TNF

Kenneth M. Breen
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc: AUSA Elliott Jacobson
AUSA Perry Carbone

SO ORDERED
HON. STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
1/15/08