```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :
            -v-                     :
                                    :   ORDER
                                    :
BERNARD B. KERIK,                   :   07 Cr. 1027 (SCR)
                                    :
            Defendant.              :
                                    :
------------------------------------x
```

WHEREAS, on January 23, 2008, the Court entered an Order disqualifying Kenneth Breen, Esq. as the defendant's attorney and directing the defendant to obtain new counsel within thirty days, and

WHEREAS the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant reasonable time to obtain counsel and will assure him continuity of counsel, see 18 U.S.C. ¶ 3161(h)(8)(A) and (B)(iv),

IT IS ORDERED that the time between January 23 and February 22, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  White Plains, New York
        January 31, 2008

_____
HONORABLE STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE