**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6344
kennethbreen@paulhastings.com

February 13, 2008

**MEMO ENDORSED**

BY FACSIMILE

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601

Re:    United States v. Bernard B. Kerik, 07-CR-1027 (SCR)

Dear Judge Robinson:

We are counsel to Bernard B. Kerik, the defendant in the above-captioned matter. We respectfully request, with the consent of the government, an adjournment of the status conference currently scheduled for tomorrow to February 21 at 12:00 p.m. Pursuant to the Court's January 31 order, the time between January 23 and February 22 is excluded under the Speedy Trial Act.

Respectfully Submitted,

/s/

Kenneth M. Breen
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:    AUSA Elliott Jacobson
       AUSA Perry Carbone

*[Handwritten endorsement:]* Time from January 23 to February 22 is excluded from the speedy trial calculations in order to all[ow] the defendant time to hire new counsel.

*Stephen C. Robinson*

SO ORDERED
HON. STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

2/13/08

*[Stamp:]* USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____