UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, : | 07 Cr. 1027 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | ORDER |
| BERNARD KERIK, : | |
| : | |
| Defendant. : | |

---

STEPHEN C. ROBINSON, District Judge:

On February 26, 2008, the Government submitted a letter in this matter under seal. The letter was then filed, in redacted form, via Electronic Case Filing ("ECF"). Mr. Breen, Defendant's former counsel in this matter[1], objected to the filing of the redacted letter and the letter was removed from ECF by the Court Clerk's Office.

Issues pertaining to the propriety of Mr. Breen's objection notwithstanding, the Court held a status conference on this matter on February 27, 2008. Based on this conference, it is the determination of this Court that the Government's letter, in any and all formats and versions, is to remain under seal.

IT IS SO ORDERED.

Dated: White Plains, New York
       February 28, 2008

Stephen C. Robinson, U.S.D.J.

---

[1] On January 23, 2008, this Court ruled that Mr. Breen was disqualified as Defendant's counsel due to incurable conflict of interest.