UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -- v. --

07 Cr. 1027 (SCR)

NOTICE OF AND CONSENT TO
SUBSTITUTION OF COUNSEL
AND ORDER

BERNARD B. KERIK,

    Defendant.
----------------------------------------------------------X

    PLEASE TAKE NOTICE that Barry H. Berke, Esq. and Eric A. Tirschwell, Esq., of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, will be and hereby are substituted for Kenneth M. Breen, Esq., of the law firm of Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, NY 10022-3205, as counsel of record for Bernard B. Kerik in the above-captioned action.

Dated: March 17, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Barry H. Berke (BB-1421)
Eric A. Tirschwell (ET-3023)
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Kenneth M. Breen (KB-0367)
75 East 55th Street
New York, NY 10022
(212) 318-6000

_____
BERNARD B. KERIK

TO: Perry A. Carbone
Elliott B. Jacobson
Assistant United States Attorneys
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED:

_____
Hon. Stephen C. Robinson
United States District Judge

DATED: 3/18/08