**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

May 21, 2008

VIA TELECOPIER

# MEMO ENDORSED

Honorable Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, NY 10601

Re:  United States v. Bernard B. Kerik
     07 Cr. 1027 (SCR)

Dear Judge Robinson:

We write on behalf of our client Bernard Kerik to respectfully request a one-month adjournment of the status conference in the above-captioned matter currently scheduled for tomorrow, May 22, 2008. We have discussed our application with Assistant United States Attorney Elliott Jacobson and he has advised us that the government consents to our request to adjourn the conference to June 24, 2008 at 4:30 p.m. and to an exclusion of speedy trial time until that date.

The additional time is necessary so that we can continue the time-consuming process of reviewing the voluminous and complex discovery that has been and continues to be produced in this case. Although we have spent considerable time reviewing the discovery to date, additional time is needed before we will be in a position to report back to the Court for purposes of setting a motion schedule.

Pursuant to 18 U.S.C. Sec. 3161(h)(8)(A), and for the reasons stated above, Mr. Kerik consents to and asks that the Court order that the time between May 22, 2008 and June 24, 2008 be excluded in computing the time by which trial must be commenced and respectfully asks that the Court find that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

Thank you for your consideration.

**APPLICATION GRANTED**
*Stephen C. Robinson* 5/22/08
HON. STEPHEN C. ROBINSION

Respectfully submitted,

Barry H. Berke

cc:  Elliott B. Jacobson, Assistant United States Attorney
     Perry A. Carbone, Assistant United States Attorney

USDC SDNY DOCUMENT ELECTRONICALLY FILED

1177 AVENUE OF THE AMERICAS    NEW YORK NY 10036-2714    PHONE 212.715.9100    FAX 212.715.8000    WWW.KRAMERLEVIN.COM
KL3 2659245.1                   ALSO AT 47 AVENUE HOCHE    75008 PARIS FRANCE