UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD KERIK,<br><br>                              Defendant. | 07 Cr. 1027<br><br>ORDER |

STEPHEN C. ROBINSON, District Judge:

On January 30, 2008, this Court received a letter from a news outlet requesting that "documents, transcripts and/or submissions" in connection with this case be unsealed. The letter specifically referred to a sealed conference held on December 8, 2007 to discuss a letter submitted by the Government, placed under seal and produced to the defense in redacted form. At that time a verbal request was made for unsealing the conference transcript. That request was denied.

Rule 6 of the Federal Rules of Criminal Procedure protects the secrecy of grand jury proceedings. In this case, the requested materials all relate to matters occurring before a grand jury. Their unsealing and dissemination could compromise the integrity of the grand jury proceedings by affecting witnesses, interfering with fact-finding and/or damaging the reputation of subjects who have not yet been and may never be formally charged. Accordingly, the requested materials are to remain under seal.

IT IS SO ORDERED.

Dated: White Plains, New York
       February 21, 2008

Stephen C. Robinson, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____