*In addition the bond of $975,000.00 PRB is to be filed by close of business on Nov. 12, 2009.*

$ *975,000.00* PRB *S* FRP ❑ Unsecured ☑ Secured $_____ ❑ Cash or ☑ Property / ❑ Strict Pretrial Supervision ❑ Drug Testing ❑ Mental Health Assessment ❑ Surrender all travel documents with no new application. ☑ Home Detention ☑ Electronic Monitoring. **Travel is restricted to the SDNY & EDNY** ☑ **See Additional Conditions on the back.**

AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Souther District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 07 cr 1027(SCR) |
| *Bernard Kerik* | ) |
| Defendant | ) |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

The defendant will comply with the conditions of home confinement under the strict supervision of the Pretrial Department Home Confinement shall as soon as possible or to commence on a date to be determined by the pretrial officer. During this time the defendant will remain at his/her residence at all times and will not leave unless such leave is approved in advance by the Pretrial Department. The defendant may not leave his home to take his children to school. He may leave with prior advance approval from the Pretrial officer, to meet with his attorneys, accountants, religious services, and for personal medical emergencies. The defendant will maintain a telephone at his/her residence without call forwarding, a modem, caller I.D., call waiting, or portable cordless telephone for the above period. At the direction of your pretrial officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your pretrial officer. If so directed, you shall pay the cost of electronic monitoring.

The Defendant must legally surrender all firearms in his possession including licenses and any Police I.D.'s being held on his behalf, or a submit a written affidavit as such, stating the whereabouts or location of said documents o the U.S. Attorney's office by close of business on Nov. 12, 2009.


