S1 07 cr 1027(SCR)

February 16, 2010

The Honorable Stephen C. Robinson
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Your Honor:

I am writing to express my sincere apologies to Your Honor, the City of New York and to our country.

I began my law enforcement career at the age of 18 when I joined the United States Army's Military Police Corps. I was rough and uneducated, but the challenges and discipline of the military instilled in me a drive and dedication to serve our country in a way that I can hardly explain, and it took me on a journey from the streets of Paterson, New Jersey to all but one continent. That 30 years of service in various military, paramilitary and law enforcement positions taught me discipline, honor, integrity, compassion and respect.

But as I fully recognize, and so deeply regret, on multiple occasions I lost sight of and betrayed some of these very same principles when I committed the crimes to which I have admitted and for which I will humbly stand before this Court for sentencing.

I acknowledge and accept responsibility for the dishonor that my violations of the criminal laws of this country have brought on me, my family, my supporters, the public positions I once held, and the office for which I was nominated. This country and other public officials helped me rise and achieve in life beyond my wildest dreams, and placed the greatest trust – the public trust – in me. I betrayed that trust, and the opportunities I was given, and I am deeply sorry for and genuinely ashamed of what I did.

After I withdrew from consideration to become Secretary of the U.S. Department of Homeland Security and the first investigation began, my career and my life quickly came to a crashing halt and for the past six years it has been nothing less than a torturous nightmare for me and my family. I know that it was my own actions, and the crimes I committed, that are to blame, and I and my family have already suffered enormously because of what I did. For the first time in my entire life I have looked to my faith to help me survive, to repent for my mistakes and to hold together my family, which has been devastated and borders destruction. If there is any good that has come out of all of this, it is that I have learned lessons that I believe will help others not make the same mistakes that I have, and if and when given an opportunity, I commit myself to do just that.

905 OLD MILL ROAD, FRANKLIN LAKES, NEW JERSEY 07417

To say that I am remorseful is far less than reality and in my eyes; there are no words to express that remorse, sorrow or shame for what I truly feel. I would give anything to take it all back, and can only hope and pray that I live long enough to help right the wrongs I have committed.

In closing Your Honor, I make no excuses and take full responsibility for the grave mistakes I have made. I swear to you I have learned from this and that I have become and will continue to become a better person because of it. I know that I must be punished, and ask only that you allow me to return to my family, and to start on a new path, as soon as possible.

Sincerely,

*[signature]*

BERNARD B. KERIK