USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                :
UNITED STATES OF AMERICA,       :    07 CR 1027 (LAP)
                                :
                                :
                                :    ORDER
                                :
     v.                         :
                                :
BERNARD KERIK                   :
                                :
                                :
           Defendant.           :
                                :
-------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

    As counsel previously have been informed, the Court shall hold a conference in this matter on August 19, 2014 at 3:00 p.m.


SO ORDERED.

Dated:    New York, New York
          August 18, 2014



                                               */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Chief United States District Judge