**TIMOTHY C. PARLATORE, ESQ.**
Attorney-at-Law

260 Madison Avenue, 22nd Floor
New York, New York 10016

www.parlatorelaw.com

212-679-6312                                                                                                  Email:   tim@parlatorelaw.com
212-202-4787 Fax                                                                                            Of Counsel with Bruce Cutler, Esq.


August 19, 2014

Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: *United States v. Bernard B. Kerik,* 07-cr-1027-LAP

Dear Judge Preska:

     I am writing to provide the Court with a transcript of the Pre-Trial Conference, which was held on August 5, 2014, in the matter of *Joseph Tacopina v. Bernard Kerik,* 14-cv-00749-LTS. Judge Swain ordered the parties to obtain the transcripts and provide copies to you and to Judge Koeltl, as there were issues discussed at this conference that were relevant to the related proceedings.

                             Respectfully submitted,

                             /s/ Timothy Parlatore

                             Timothy C. Parlatore, Esq.